LAW OFFICES OF BROWN AND SEELYE

744 S Fawcett Ave, Tacoma, WA 98402

253-573-1958   stopdebt@gmail.com

Case Name:  Amanda Jo Hawkins

Case No.: 16-43404-MJH

POSTCONFIRMATION LEGAL COSTS AND FEES

ATTORNEY ELLEN ANN BROWN: EAB (20+ years experience $375/ hour)
ATTORNEY SUSAN H. SEELYE: SHS  (20+ years experience= $375/hour)
PARALEGAL STACEY COSTATNI: SC  ( 20+ years experience=$150/hour)

| Date | Description | Initials | Postage | Copies | Attorney | Paralegal |
|---|---|---|---|---|---|---|
| 10/26/16 | Review Midland Funding claim | EAB | | | .10 | 0.0 |
| 12/8/16 | Review LVNV claim | EAB | | | .10 | 0.0 |
| 12/13/16 | Review Portfolio Recovery claim | EAB | | | .10 | 0.0 |
| 2/6/16 | Review Notice of Mortgage Payment change | EAB | | | .10 | 0.0 |
| 2/16/17 | Review tax return and budget review; call to client | EAB | | | .50 | 0.0 |
| 6/19/17 | Email to client re: Umpqua; email from client re: budget | EAB | | | .30 | 0.0 |
| 6/20/17 | Phone call to client re: documents needed | EAB | | | .10 | 0.0 |
| 8/4/17 | Meeting with client | EAB | | | 1.0 | 0.0 |
| 9/1/17 | Review of documents; Prepare Amended Plan, I & J | EAB | | | 1.0 | 0.0 |
| 9/2/17 | File Amended Plan, I&J | EAB | 18.33 | 7.80 | 0.10 | 0.0 |
| 9/8/17 | Prepare and file Motion to Modify Plan | EAB | 18.33 | 7.80 | 1.0 | 0.0 |
| 9/8/17 | Prepare and email declaration to Debtor | SC | | | 0.0 | .50 |
| 10/12/17 | Review Order on Motion; copy to client | EAB | | | .10 | 0.0 |
| 11/3/17 | Prepare and file Motion for Compensation | EAB | 18.33 | 7.80 | .50 | 0.0 |
| | | | 54.99 | 23.40 | 5 | .50 |

Total:   5.0 * $375        EAB                   = $1875.00
         .50  * $150       SC                         75.00
         Postage & Copies                             78.30

                        TOTAL   $2028.30

TOTAL REQUESTED TO ENSURE PLAN FEASIBILITY:  $1800.00