Entered on Docket December 11, 2017

**Below is the Order of the Court.**

*Mary Jo Heston*
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

___

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>AMANDA JO HAWKINS<br><br>Debtor(s). | Case No. 16-43404-MJH<br><br>ORDER APPROVING ATTORNEY'S COMPENSATION |

THIS MATTER came before the Court on the Attorney's Application for Compensation in a Chapter 13 Case filed by ___Ellen Ann Brown___ ("Applicant"). Based on the application,

It is hereby ORDERED that:

1. Applicant is awarded compensation of $___1800.00_____ as an administrative expense under 11 U.S.C. § 503(b).

2. The compensation shall be paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to debtor(s) in care of the Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

/ / /End of Order/ / /

Presented by:

/s/ Ellen Ann Brown

ELLEN ANN BROWN, Attorney WSB 27992

744 S Fawcett Tacoma WA 98402 253-573-1958

Order Approving Attorney's Compensation
Local Forms W.D. Wash. Bankr., Form 13-10
Eff. 12/14